## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARTHA'S VINEYARD/DUKES )
COUNTY FISHERMEN'S )
ASSOCIATION )
)
and )  Civil Case No. 10-1580 (RJL)
)
MICHAEL S. FLAHERTY, )
)
Plaintiffs, )
)
v. )
)
GARY LOCKE, in his official capacity )
as Secretary of the Department of )
Commerce, *et al.* )
)
Defendants. )
)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

_____ day of September, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#26] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**


_____
RICHARD J. LEON
United States District Judge